TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
SUSAN L. SMITH, CA STATE BAR NO.: 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (510) 970-4857
    Fax: (415) 744-0134
    E-mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JASON IRA LIVON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:21-cv-00713-SP<br><br>JUDGMENT OF REMAND |

1 | The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42. U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 10, 2021

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE